UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

JHON KEVIN SARMIENTO GUERRERO,

                    Petitioner,                    **MEMORANDUM & ORDER**
                                                   25-CV-5881 (EK)
               -against-

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security et
al.,

                    Respondents.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

        On November 18, 2025, the Court granted petitioner
Jhon Kevin Sarmiento Guerrero's motion for a preliminary
injunction.  ECF No. 20 ("PI Order").  The Court directed
respondents not to detain Sarmiento on the basis of 8 U.S.C.
§ 1225(b)(2), should he satisfy the terms of a release order
entered by an immigration judge.  *Id.* at 17.  Sarmiento did so
on November 20.  Ltr. from Joseph L. Sorkin, ECF No. 21.

        Upon granting the preliminary injunction, the Court
ordered respondents to show cause "why the petition should not
be granted for the reasons stated in this order."  PI Order 17.
Respondents argue, in response, "that the Court's conclusion
rested on an incorrect interpretation and application of the
statutory framework."  Respondents' Br. 3, ECF No. 23.  We
recognize that this issue has been litigated across the country,

and different judges have reached different conclusions.  But respondents have cited no binding authority compelling a different conclusion than the one the Court reached, and the Court is not persuaded by the case law that is to the contrary.

Thus, the petition is granted.  Respondents are permanently enjoined from detaining petitioner on the basis of 8 U.S.C. § 1225(b)(2).  The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.


_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:     February 19, 2026
           Brooklyn, New York