UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

Jhon Kevin Sarmiento Guerrero,

                        Petitioner,

                v.

Kristi Noem, *in her official capacity as*
*Secretary of the U.S. Department of*
*Homeland Security*, et al.,

                      Respondents.

------------------------------------------------------------- X

                        JUDGMENT
                        25-cv-05881-EK

An Order of Honorable Eric R. Komitee, United States District Judge, having been filed on February 19, 2026, granting the petition for a writ of habeas corpus, it is

ORDERED and ADJUDGED that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF [1], is granted; Respondents have cited no binding authority compelling a different conclusion than the one the Court reached, and the Court is not persuaded by the case law that is to the contrary; thus the Respondents are permanently enjoined from detaining petitioner on the basis of 8 U.S.C. § 1225(b)(2),

Dated: Brooklyn, New York         Approved by: _____/s/ _____
     March 10, 2026                   ERIC R. KOMITEE
                                 United States District Judge

Dated: Brooklyn, New York         Approved by: _____
     March 10, 2026                   BRENNA B. MAHONEY
                                 Clerk of Court